UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

VICTOR PATRICIO CASTILLO GUAMAN,
                    Defendant.
------------------------------------------------------------x

**ORDER**

23 CR 192 (VB)

      With respect to defense counsel's request that the Court waive a presentence investigation ("PSI") and proceed immediately to sentencing upon the entry of a guilty plea, counsel apparently presumes the Court has time in its schedule to conduct both a change of plea hearing and a sentencing hearing during the time allotted for a status conference on June 14, 2023 (in a case in which defendant requires an interpreter), when no party previously informed the Court that a guilty plea was likely on that date.

      In any event, according to defense counsel, the government objects to the waiver request, although counsel does not explain why the government objects. At the time of the conference on June 14, the government shall be prepared to explain the basis of its objection. The Court defers ruling on the waiver request until then.

Dated: June 12, 2023
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

1